UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| MICHAEL A. DAVIS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CAROLYN W. COLVIN, Acting Commissioner of )<br>Social Security, )<br>)<br>Defendant. ) | **JUDGMENT IN A CIVIL CASE**<br><br>**CASE NO. 5:14-CV-457-D** |

**Decision by Court.**

This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Court adopts the conclusions in the M&R [D.E. 28]. Plaintiff's motion for judgment on the pleadings [D.E. 23] is GRANTED, defendant's motion for judgment on the pleadings [D.E. 25] is DENIED, and the action is REMANDED to the Commissioner under sentence four of 42 U.S.C. § 405(g).

**This Judgment Filed and Entered on July 29, 2015, and Copies To:**

| | |
|---|---|
| Bethany Morris Hukill | (via CM/ECF Notice of Electronic Filing) |
| Davis N. Mervis | (via CM/ECF Notice of Electronic Filing) |

DATE:                           JULIE RICHARDS JOHNSTON, CLERK

July 29, 2015                (By) /s/ Courtney O'Brien

                                                         Deputy Clerk